UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00461-FDW-DSC

| | |
|---|---|
| INEZ ANNETTE ALBRIGHT, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CHARLOTTE-MECKLENBURG BOARD )<br>OF EDUCATION, ERIC WARD, )<br>CHAUNEL JOHNSON, AND AVERY )<br>MITCHELL )<br>)<br>    Defendants. )<br>) | ORDER |

THIS MATTER is before the Court *sua sponte*. The Report of the Mediator filed on March 27, 2018 (Doc. No. 32) informs the Court that the case has completely settled and the filing of a stipulation of dismissal will be signed by the parties within thirty (30) days of the filing of the Report of the Mediator.

Consistent with the Report of the Mediator and the Case Management Order, the Court hereby gives notice to the parties that if they did not file an agreement for entry of judgment or stipulation of dismissal on or before April 26, 2018, the Court will dismiss the case without prejudice. (See Doc. Nos. 21, 32).

    IT IS SO ORDERED.

    Signed: March 29, 2018

_____
Frank D. Whitney
Chief United States District Judge